



MEMO ENDORSED

**THE CITY OF NEW YORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

GABRIEL P. HARVIS
Assistant Corporation Counsel
Phone: (212) 788-1816
Fax: (212) 788-9776
gharvis@law.nyc.gov

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 2 7 2008
```

May 27, 2008

**BY FAX**
Honorable Paul A. Crotty
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street, Room 735
New York, New York 10007

Application GRANTED. The conference is adjourned to 6/10/08 at 3:00 pm in Courtroom 20-C.

SO ORDERED: MAY 2 7 2008

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Re: Cornelius Walter v. City of New York, et al.
    08 CV 1599 (PAC)

Your Honor:

I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney assigned to represent defendant City of New York ("City") in this matter. For the reasons set forth herein, defendant City respectfully requests that the Initial Pre-Trial Conference presently scheduled for May 29, 2008, at 3:15 p.m., be adjourned until a time convenient for the Court in June. Plaintiff's counsel consents to this application.

By Scheduling Order dated May 13, 2008 ("Order"), the Court scheduled the Initial Pre-Trial Conference in this matter for May 29, 2008, at 3:15 p.m. At the time the Order was issued, the undersigned was on trial before the Honorable Laura Taylor Swain in the Southern District of New York in the matter of *Echo Dixon v. Ragland, et al.*, 03 Civ. 0826 (LTS)(KNF). Additionally, the undersigned had previously scheduled the deposition of a plaintiff in another matter to take place on Rikers Island on May 29, 2008. Thus, the undersigned will be unable to attend the Initial Pre-Trial Conference on May 29th.

After conferring with plaintiff's counsel, defendant City respectfully submits that, should it please the Court, the parties are available on the following dates and times: June 5, 2008, after 11:30 a.m.; June 6, 2008; June 9, 2008, before 2 p.m.; and June 10, 2008, after 1 p.m.

No previous request for an adjournment of the Initial Pre-Trial Conference has been made by either party. In light of the foregoing, defendant City respectfully requests that the

Initial Pre-Trial Conference presently scheduled for May 29, 2008, at 3:15 p.m., be adjourned until June, and for such other relief as the Court deems just and proper.

Thank you for your consideration of this request.

Respectfully submitted,

Gabriel P. Harvis (GH2772)
Assistant Corporation Counsel

cc:   Richard Cardinale, Esq.