

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

GABRIEL P. HARVIS
Assistant Corporation Counsel
Phone: (212) 788-1816
Fax: (212) 788-9776
gharvis@law.nyc.gov

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 1 9 2008
```

August 18, 2008

**BY FAX**
Honorable Paul A. Crotty
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street, Room 735
New York, New York 10007

    Re:  Cornelius Walter v. City of New York, et al.
          08 CV 1599 (PAC)

Your Honor:

    I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney assigned to represent defendant City of New York ("City") in this matter. For the reasons set forth herein, the parties write to respectfully request that the Case Management Conference presently scheduled for August 21, 2008, be adjourned until a time convenient for the Court in mid-September.

    By Scheduling Order dated June 10, 2008, the Court scheduled a Case Management Conference in this matter for August 21, 2008, at 2:45 p.m. However, the parties are in the midst of negotiating settlement of this matter and may be able to resolve the matter without further Court intervention. Plaintiff has made a settlement demand and the City is in the process of seeking settlement authority. The parties have also exchanged Initial Disclosures and discovery demands. If settlement negotiations are not fruitful, the parties intend to schedule depositions in September. Thus, the parties respectfully request that the Case Management Conference be adjourned until after the parties have made initial attempts at settlement, so as to avoid unnecessary use of the Court's time.

    No previous request for an adjournment of the Case Management Conference has been made by either party. In light of the foregoing, the parties respectfully request that the Case Management Conference presently scheduled for August 21, 2008, at 2:45 p.m., be adjourned until a time convenient for the Court in mid-September, and for such other relief as the Court deems just and proper.

**MEMO ENDORSED**

Thank you for your consideration of this request.

Respectfully submitted,

Gabriel P. Harvis (GH2772)
Assistant Corporation Counsel

cc:    Richard Cardinale, Esq.

Application GRANTED. The conference is adjourned to 9/18/08 at 3:45pm in Courtroom 20-C

SO ORDERED: 9/18/08

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

2